**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juleen BROWN, a/k/a Carol Baxter, Defendant–Appellant.**

No. 12–7657.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2012.

Decided: Dec. 19, 2012.

Juleen Brown, Appellant Pro Se. Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

230

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juleen Brown appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown,* No. 3:96–cr–00108–HEH–1 (E.D.Va. Sept. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*